UNDERWRITERS TRUST COMPANY, as Trustee, etc., Appellant, v. BERNARD MOLITOR and Others, Defendants; ALEXANDER MACMURRAY, Receiver, Respondent.— Accounting of receiver in foreclosure action. Order of the County Court of Nassau County, confirming the referee's report, settling account of receiver,

etc., modified by surcharging the receiver for rents that should have been collected from 735 Park Place, $55, and from 741 Park Place, $60; by fixing the receiver's fee at $27.55, instead of $100, the receiver's attorney's fee at $125, instead of $200, and the referee's fee at $225, instead of $300; so that the receiver will account as follows:

The receiver is charged with

| | | |
|---|---:|---:|
| Amount on hand | $264 39 | |
| Surcharge | 115 00 | |
| | | $379 39 |

to be disposed of as follows:

| | | |
|---|---:|---:|
| Receiver's commission | $27 55 | |
| Receiver's attorney | 125 00 | |
| Referee's fee | 225 00 | |
| | | 377 55 |

| | |
|---|---:|
| To be paid to plaintiff | $1 84 |

As thus modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.